COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-372-CV

 

IN RE ARTURO HERNANDEZ                                                     RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Per this court=s
instructions, our clerk=s office called the clerk of the
89th District Court of Wichita County and confirmed that the four motions for
discovery that relator seeks a ruling on are not on file in the 89th District
Court of Wichita County.  Accordingly,
relator=s
petition for writ of mandamus is denied.

 

PER CURIAM

 

 

PANEL: 
WALKER, J.; CAYCE, C.J.; and LIVINGSTON, J.

 

DELIVERED: 
October 22, 2009











     [1]See
Tex. R. App. P. 47.4.